In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-25-00027-CR

IN RE RAYMOND REGINALD PEOPLES

Original Proceeding
Criminal District Court of Jefferson County, Texas
Trial Cause No. DCR23-0727

## MEMORANDUM OPINION

In a petition for a writ of mandamus, Raymond Reginald Peoples complains that the trial court has repeatedly refused to issue a writ of habeas corpus and failed to order the trial court clerk to issue subpoenas for a hearing on Peoples' pre-trial application for a writ of habeas corpus.

In a criminal case, to establish a right to mandamus relief a relator must show that no adequate remedy at law exists to redress the alleged harm and that he is seeking to compel a ministerial act, one that does not involve a discretionary or judicial decision. *See In re State ex rel. Young v. Sixth Jud. Dist. Ct. of Appeals at*

*Texarkana*, 236 S.W.3d 207, 210 (Tex. Crim. App. 2007) (orig. proceeding). The relator must show that he has a clear right to the relief sought under unequivocal, well-settled and clearly controlling principles. *Id.*

We have reviewed the mandamus petition and appendix. We conclude that Peoples has failed to establish that he has a clear right to the relief he seeks. *See id.* Accordingly, we deny the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on February 11, 2025
Opinion Delivered February 12, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

2